# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

### JUNE 1997 SESSION



FILED

June 19, 1997

Cecil Crowson, Jr.
Appellate Court Clerk

JESSIE LEE BISHOP,                )
                                  ) C.C.A. No.  02C01-9609-CR-00301
        Appellant,                )
                                  ) Shelby County
V.                                )
                                  ) Honorable Carolyn Wade Blackett, Judge
                                  )
STATE OF TENNESSEE,               ) (Post-Conviction)
                                  )
        Appellee.                 )


FOR THE APPELLANT:              FOR THE APPELLEE:

Jessie Lee Bishop, Pro Se       Charles W. Burson
No. 90028-201                   Attorney General & Reporter
F.C.I. Memphis
P.O. Box 34550                  Sarah M. Branch
Memphis, TN 38184-0550          Counsel for the State
                                450 James Robertson Parkway
                                Nashville, TN 37243

                                William L. Gibbons
                                District Attorney General

                                James J. Challen III
                                Assistant District Attorney General
                                Suite 301, 201 Poplar Avenue
                                Memphis, TN 38103


OPINION FILED: _____


**AFFIRMED**


**PAUL G. SUMMERS,**
Judge

# O P I N I O N

The appellant, Jessie Lee Bishop, has been convicted of various offenses between 1970 and 1988. In 1996 he filed a petition for post-conviction relief attacking these convictions. The trial court dismissed the petition on the ground that it was barred by the statute of limitations.

The appellant's most recent conviction became final in 1988. At that time the law allowed three years to file a petition for post-conviction relief. Tenn. Code Ann. § 40-30-102 (1990). The appellant's time period for filing his petition expired in 1991. Therefore, his petition is time barred.

Accordingly, we find no error of law mandating reversal. The trial court's dismissal of the petition is affirmed in accordance with Tenn. R. Ct. Crim. App., Rule 20.

_____
PAUL G. SUMMERS, Judge

CONCUR:

_____
DAVID H. WELLES, Judge

_____
JOE G. RILEY, Judge